Clarence W. FORESMAN and Josephine Foresman, Husband and Wife, v. Prosper A. PEPIN and Schrader Transportation Company, a Corporation, Appellants.

No. 9288.

Circuit Court of Appeals, Third Circuit.

Argued April 10, 1947.

Decided April 18, 1947.

Henry S. Ambler, of Philadelphia, Pa. (Frank R. Ambler, of Philadelphia, Pa., on the brief), for appellants.

Charles M. Bolich, of Allentown, Pa., for appellee.

Before GOODRICH, McLAUGHLIN, and KALODNER, Circuit Judges.

PER CURIAM.

The judgment of the District Court, 71 F.Supp. 772, is affirmed.